# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAHD ABDULLAH AHMED GHAZY,

               Petitioner,

        v.

BARACK H. OBAMA, *et al.*,

               Respondents.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-2223(RJL)

## ORDER
(May 2*l*, 2009)

Upon consideration of the parties' Joint Stipulation of Dismissal Without Prejudice as to Petitioner Fahd Abdullah Ahmed Ghazy and the representations of counsel at the status conference held May 6, 2009, it is hereby

**ORDERED** that petitioner Fahd Abdullah Ahmed Ghazy's petition for writ of habeas corpus is DISMISSED without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1